IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 03-10053-T-An |
| ) | |
| CARLISLE MORRISON, ) | |
| ) | |
| Defendant. ) | |

ORDER DENYING MOTION FOR EXCESS COMPENSATION

Counsel for Defendant Carlisle Morrison has filed a motion for payment of compensation under the Criminal Justice Act in excess of the maximum limit of $7,000.00 set out in the statute, 18 U.S.C. § 3006A(d)(2). Pursuant to § 3006A(d)(3), compensation over the maximum amount may be allowed if the court certifies that the case involved extended or complex representation and the payment is approved by the chief judge of the circuit or his designee.

The court has reviewed the record and concludes that this matter did not involve unusual factual or legal issues so that the case could be deemed "complex." The court also concludes that the case did not require significantly more time for processing than the average case. Therefore, while the court appreciates the services of counsel, the motion for

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9/16/05

excess compensation must be DENIED.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

16 September 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 172 in case 1:03-CR-10053 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Patrick F. Martin
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT